UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10826 GAO

```
*************************************
DONALD STRUNK                        *
   Plaintiff                         *
                                     *
   v.                                *
                                     *
DONALD RUMSFELD, SECRETARY,          *
DEPARTMENT OF DEFENSE                *
   Defendants                        *
*************************************
```

**PLAINTIFF'S MOTION**
**FOR CONTINUANCE (ASSENTED TO)**

Plaintiff Donald Strunk hereby moves this Court to continue the scheduling conference presently scheduled for September 14, 2005.  The grounds for this motion is that the undersigned has been scheduled for several months now to be the main presenter at a employment law conference at that same day and time and therefore will not be able to appear at this Court's scheduling conference.  The undersigned has communicated with counsel for the defendant, and he has indicated that he has no opposition to this motion.

**WHEREFORE** the scheduling conference in this case should be rescheduled.

Donald Strunk

1

By his attorney

*Scott A. Lathrop*

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: July 29, 2005

### Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

*Scott A. Lathrop*

_____
Scott A. Lathrop

Dated: July 29, 2005