UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10826 GAO

```
****************************************
DONALD STRUNK                          *
   Plaintiff                           *
                                       *
   v.                                  *
                                       *
DONALD RUMSFELD, SECRETARY,            *
DEPARTMENT OF DEFENSE                  *
   Defendants                          *
****************************************
```

**PLAINTIFF'S MOTION**
**FOR CONTINUANCE (ASSENTED TO)**

Plaintiff Donald Strunk hereby moves this Court to continue the scheduling conference which has just been rescheduled for September 21, 2005, to another date. The grounds for this motion is that the undersigned has been scheduled for his annual vacation that week for several months now and therefore will not be able to appear at this Court's scheduling conference. The undersigned has communicated with counsel for the defendant, and he has indicated that he has no opposition to this motion.

The undersigned has consulted with counsel for defendant, and they both are currently available instead on the following dates:

September 29, 2005

October 3, 6, 10, 12 or 14, 2005

**WHEREFORE** the scheduling conference in this case should be rescheduled.

                Donald Strunk
                By his attorney

                /s/ Scott A. Lathrop
                _____
                Scott A. Lathrop, Esq.
                Scott A. Lathrop & Associates
                122 Old Ayer Road
                Groton, MA 01450
                (978) 448-8234
                BBO No. 287820

Dated:  September 1, 2005

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

                /s/ Scott A. Lathrop
                _____
                Scott A. Lathrop

Dated:  September 1, 2005