UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10826 GAO

```
*************************************
DONALD STRUNK                         *
    Plaintiff                         *
                                      *
    v.                                *
                                      *
DONALD RUMSFELD, SECRETARY,           *
DEPARTMENT OF DEFENSE                 *
    Defendants                        *
*************************************
```

## 16.1 JOINT SCHEDULING MEMORANDUM

The parties in the above-captioned matter hereby submit their 16.1 Joint Scheduling Memorandum in connection with the scheduling conference.

I. <u>Joint Discovery Plan</u>

The parties have agreed to the following discovery schedule:

    A.    Initial disclosures completed by October 31, 2005;

    B.    All discovery requests served and depositions to be noticed by March 31, 2006; and

    C.    All discovery completed by April 30, 2006.

II. <u>Schedule for Filing of Dispositive Motions</u>

    A.    Rule 56 motion served and filed by May 31, 2006; and

      B.      Opposition to Rule 56 motion served and filed by June 30, 2006.

III.      <u>Possible Trial By Magistrate Judge</u>

      The parties do not consent to trial by a Magistrate Judge.

IV.      <u>Certification Pursuant to Local Rule 16.1(D)(3)</u>

      The parties will submit certifications in compliance with Local Rule 16.1(D)(3)

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| /s/ Scott A. Lathrop | /s/ Rayford A. Farquhar |
| Scott A. Lathrop, Esq. (BBO #287820) | MICHAEL J. SULLIVAN |
| Scott A. Lathrop & Associates | United States Attorney |
| 122 Old Ayer Road | RAYFORD A. FARQUHAR |
| Groton, MA 01450 | Assistant U.S. Attorney |
| (978) 448-8234 | 1 Courthouse, Suite 9200 |
|  | Boston, MA 02210 |
|  | (617) 748-3284 |

Dated: September 29, 2005