UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10826 GAO

```
*****************************
DONALD STRUNK                *
     Plaintiff               *
                             *
v.                           *
                             *
DONALD RUMSFELD, SECRETARY,  *
DEPARTMENT OF DEFENSE        *
     Defendants              *
*****************************
```

## LOCAL RULE 16.1(D) CERTIFICATE

Donald Strunk, a party to the above-referenced action, and Scott A. Lathrop hereby certify that we have conferred:

(a) with a view to establish budget for the cost of conducting the full course, and alternative courses, of the litigation; and,

(b) to consider the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

_____         _____
Donald Strunk                     Scott A. Lathrop, Esq.
                                  Scott A. Lathrop & Associates
                                  122 Old Ayer Road
                                  Groton, MA 01450
                                  (978) 448-8234
                                  BBO No. 287820

Dated: 9/29/05

1

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Certificate on the opposing party by mailing this day a copy to the last known address of his, her or its Attorney of Record.

                                                                                    _____
                                                                                    Scott A. Lathrop

Dated: 9/29/05