UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10826 GAO

```
***************************************
DONALD STRUNK                          *
   Plaintiff                           *
                                       *
   v.                                  *
                                       *
DONALD RUMSFELD, SECRETARY,            *
DEPARTMENT OF DEFENSE                  *
   Defendants                          *
***************************************
```

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the plaintiff hereby makes the following initial disclosures.

**I.   Individuals Likely To Have Discoverable Information**

Donald Strunk

Linda R. Maturo
Department of Defense

Noreen Cassaro
Department of Defense

Margaret Ciocca
Department of Defense

Joseph Sweeney
Department of Defense

Steven T. Bogusz
Department of Defense
Lisa Marie Clark

1

    Department of Defense

    Keith Ernst
    Department of Defense

    Ronald Murphy
    Current address presentlyk unknown

    Michael Corrente
    Department of Defense

    Ramlala Sinha
    Department of Defense

    Joseph Vecchio
    Department of Defense

**II.**     **Relevant Documents**

    A.     Plaintiff's personnel file

    B.     EEO investigation file

**III.**     **Computation of Damages**

    A.     Lost wages and benefits -- unable to compute until time of trial

    B.     Pain & suffering – unable to compute

    C.     Attorney's fees – continuing

    Donald Strunk

                                        By his attorney

                                        */s/ Scott A. Lathrop*

                                        _____
                                        Scott A. Lathrop, Esq.
                                        Scott A. Lathrop & Associates
                                        122 Old Ayer Road
                                        Groton, MA 01450
                                        (978) 448-8234
                                        BBO No. 287820

Dated: October 7, 2005

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Initial Disclosures on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

                                        */s/ Scott A. Lathrop*
                                        _____
                                        Scott A. Lathrop

Dated: October 7, 2005