UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD STRUNK,<br><br>  Plaintiff,<br><br>-v-<br><br>DONALD H. RUMSFELD, Secretary<br>  U.S. Department of Defense<br>  (Defense Contract Management Agency),<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-10826-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Donald H. Rumsfeld, Secretary for the United States Department of Defense (Defense Contract Management Agency), by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for Summary Judgment pursuant to Fed. R. Civ. P. 56(b). As support for this Motion, the defendant herein incorporates his Memorandum of Law in Support of his Motion for Summary Judgment.

WHEREFORE, based upon the arguments and authorities submitted in the attached Memorandum of Law, the defendant respectfully requests that this Court grant his Motion for Summary Judgment

        For the Defendant,

        By his Attorneys,

        MICHAEL J. SULLIVAN,
        United States Attorney

By:   /s/ Rayford A. Farquhar
       Rayford A. Farquhar
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3284

## CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                                June 9, 2006

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 9, 2006.

                                           /s/ Rayford A. Farquhar
                                           Rayford A. Farquhar
                                           Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

    I certify that the parties have previously discussed the subject matter of this case before the Court and were unable to reach a resolution of this matter.

                                           /s/ Rayford A. Farquhar
                                           Rayford A. Farquhar
                                           Assistant U.S. Attorney