UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10826 GAO

```
*************************************
DONALD STRUNK                        *
    Plaintiff                        *
                                     *
    v.                               *
                                     *
DONALD RUMSFELD, SECRETARY,          *
DEPARTMENT OF DEFENSE                *
    Defendants                       *
*************************************
```

**PLAINTIFF'S MOTION**
**FOR CONTINUANCE (ASSENTED TO)**

Plaintiff Donald Strunk hereby moves this Court to continue the Motion Hearing which has just been scheduled for October 19, 2006, to another later date. The grounds for this motion is that the undersigned has been scheduled for several months now to be the primary speaker at an employment law seminar at that same date and time and therefore will not be able to appear at this Court's Motion Hearing. The undersigned has communicated with counsel for the defendant, and he has indicated that he has no opposition to this motion.

**WHEREFORE** the Motion Hearing in this case should be rescheduled.

                                  Donald Strunk
                                  By his attorney

*/s/ Scott A. Lathrop*

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: August 31, 2006

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

*/s/ Scott A. Lathrop*

_____
Scott A. Lathrop

Dated: August 31, 2006