UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD STRUNK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | NO. 05-10826-GAO |
| ) | |
| DONALD RUMSFELD, ) | |
| ) | |
| Defendant. ) | |

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On __April 24, 2007__, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION     _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, except _____.

The parties were present in person or by authorized corporate officer, except _____

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress. The parties are to report back to the court by April 27, 2007, at which time the court will schedule a further session if appropriate.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

 

                                                  / s / Judith Gail Dein
                                                Judith Gail Dein, U.S. Magistrate Judge

DATED:  April 24, 2007                                   ADR Provider