UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DONALD STRUNK,                      )
                                    )
       Plaintiff,                   )
                                    )
   -v-                              )   C.A. No. 05-10826-GAO
                                    )
DONALD H. RUMSFELD, Secretary       )
    U.S. Department of Defense      )
(Defense Contract Management Agency),)
                                    )
       Defendant.                   )
_____)

### JOINT MOTION TO CONTINUE TRIAL DATE

The parties, Defendant, Donald H. Rumsfeld, Secretary for the United States Department of Defense (Defense Contract Management Agency), by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Plaintiff, Donald Strunk, by and through his attorney, Scott A. Lathrop, herein move this Court to continue the trial date. As grounds for this Joint Motion, the parties state as follows:

1. The parties have appeared before Magistrate Judge Dein for mediation. During the mediation, the parties made tremendous progress in an attempt to settle the case. The mediation was suspended and the parties were instructed by Magistrate Judge Dein to informally continue the mediation process;

2. Since the formal mediation, the parties have in fact continued to informally mediate the case, and have made progress in closing their

        differences. The parties are in agreement that another session of mediation would be helpful in settling this case. A further mediation session will be held by Magistrate Judge Dein as soon as possible; and

3.     It is also the understanding of the parties that the Court is commencing another trial, and will not be able to reach this case. Thus, given Magistrate Judge Dein's mediation schedule, and this Court's current trial schedule, the parties herein move this Court to continue the trial date to a date on or after October 1, 2007.

WHEREFORE, based upon the progress made by the parties in attempting to settle this case, the parties will return to mediation and are seeking to continue the trial date to a date on or after October 1, 2007.

                              Respectfully submitted,

| For the Plaintiff, | For the Defendant,<br>By his attorney, |
|---|---|
| | MICHAEL J. SULLIVAN,<br>United States Attorney |
| /s/ Scott A. Lathrop by raf<br>Scott A. Lathrop, Esq.<br>Scott A. Lathrop & Associates<br>122 Old Ayer Road<br>Groton, MA 01450<br>(978) 448-8234 | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA 02210<br>(617) 748-3284 |

2

## LOCAL RULE 7.1 CERTIFICATION

      I certify that both counsel for the defendant and the plaintiff have discussed and agreed upon the subject matter of this Motion.

                                    /s/ Rayford A. Farquhar
                                    Rayford A. Farquhar
                                    Assistant U.S. Attorney