UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD STRUNK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | NO. 05-10826-GAO |
| ) | |
| DONALD RUMSFELD, ) | |
| ) | |
| Defendant. ) | |

## SECOND REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE O'TOOLE

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On __April 24, 2007 and August 3, 2007__, I held the following ADR proceeding:

| | |
|---|---|
| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| __X__ MEDIATION | _____ SUMMARY BENCH/JURY TRIAL |
| _____ MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress. The parties are continuing to work on the matter and will report back to the court during the week of September 3, 2007.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

/ s / Judith Gail Dein
Judith Gail Dein, U.S. Magistrate Judge
ADR Provider

DATED: August 17, 2007