UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD STRUNK,                    )
                                  )
            Plaintiff,            )          CIVIL ACTION
      v.                          )          NO. 05-10826-GAO
                                  )
DONALD RUMSFELD,                  )
                                  )
            Defendant.            )

## FINAL REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE O'TOOLE

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   April 24, 2007 and August 3, 2007 (and thereafter by telephone)   , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    ___X___ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled.  Your clerk should enter a 30-day order of dismissal.

[   ]   There was progress.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

_____

_____

_____/ s / Judith Gail Dein_____
Judith Gail Dein, U.S. Magistrate Judge
ADR Provider

DATED:  September 17, 2007