UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10826 GAO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DONALD STRUNK  \*
   Plaintiff  \*
                                        \*
v.  \*
                                        \*
DONALD RUMSFELD, SECRETARY,  \*
DEPARTMENT OF DEFENSE  \*
   Defendants  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO REOPEN ACTION

Pursuant to the Order of this Court dated September 17, 2007, plaintiff Donald Strunk hereby moves this Court to reopen this action inasmuch as despite the best efforts of the parties settlement has not been consummated, and it does not appear that it will be consummated without the intervention of the Court.

**WHEREFORE** the plaintiff prays that this action be reopened and referred again to Magistrate Dein for further mediation.

                                                  Donald Strunk
                                                  By his attorney

                                                  */s/ Scott A. Lathrop*
                                                  _____
                                                  Scott A. Lathrop, Esq.
                                                  Scott A. Lathrop & Associates
                                                  122 Old Ayer Road
                                                  Groton, MA 01450
                                                  (978) 448-8234
                                                  BBO No. 287820

Dated: October 17, 2007

<u>Certificate of Service</u>

I, Scott A. Lathrop, hereby certify that on this date I have electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other Attorneys of Record.

*Scott A. Lathrop*
_____
Scott A. Lathrop

Dated: October 17, 2007