UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DONALD STRUNK,                )
                              )
       Plaintiff,             )
                              )
   -v-                        )   C.A. No. 05-10826-GAO
                              )
DONALD H. RUMSFELD, Secretary )
   U.S. Department of Defense )
(Defense Contract Management Agency), )
                              )
       Defendant.             )
_____)

**OPPOSITION TO THE PLAINTIFF'S MOTION TO REOPEN THE CASE**

      The Defendant, Donald H. Rumsfeld, Secretary for the United States Department of Defense (Defense Contract Management Agency), by his Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein files this Opposition to the Plaintiff's Motion to Reopen the Case. As grounds for this Motion the defendant states that the parties have been Ordered back to mediation by Magistrate Judge Dein on November 1, 2007. The parties may resolve this matter on or about November 1, 2007, and thus seek additional time to resolve this case prior to the Court deciding whether to reopen the case.

      If the subsequent mediation session proves unsuccessful, the defendant reserves the right to file a motion to enforce the original settlement reached during the prior mediation session.

Wherefore, the defendant herein opposes the Court reopening the case until the further mediation session Ordered by Magistrate Judge Dein is exhausted.

                                              For the Defendant,

                                              MICHAEL J. SULLIVAN,
                                              United States Attorney

                                              /s/ Rayford A. Farquhar
                                              RAYFORD A. FARQUHAR
                                              Assistant U.S. Attorney
                                              1 Courthouse, Suite 9200
                                              Boston, MA  02210
October 19, 2007                             (617) 748-3284

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 19, 2007.

                                              /s/ Rayford A.Farquhar
                                              Rayford A. Farquhar
                                              Assistant U.S. Attorney