UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DONALD STRUNK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD H. RUMSFELD, Secretary<br>U.S. Department of Defense<br>Defense Contract Management Agency,<br><br>　　　　Defendant. | C.A. No. 05-10826-GAO |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

　　Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

　　　　　　　　　　　　　　　　Respectfully submitted,

For the Plaintiff,                          For the Defendant,

　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN,
　　　　　　　　　　　　　　　　　　　　United States Attorney

_/s/ Scott A. Lathrop_　　　　　　　　　　_/s/ Rayford A. Farquhar_
Scott A. Lathrop, Esq.                      Rayford A. Farquhar
Scott A. Lathrop & Associates               Assistant U.S. Attorney
122 Old Ayer Road                           Assistant U.S. Attorney
Groton, MA 01450                            1 Courthouse, Suite 9200
(978) 448-8234                              Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　(617) 748-3284

Dated: 10/25/07